IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:10-cv-01832-DME-KMT

STEVAN WAYNE DITTMER, and
DEBRA ANN DITTMER

    Plaintiffs,

v.

DEUTSCHE BANK NATIONAL TRUST

    Defendant.

---

**MOVANT'S LOCAL RULE 7.1 CORPORATE DISCLOSURES**

---

Pursuant to Local Rule 7.1, the undersigned counsel for Movant Deutsche Bank National Trust Company certifies as follows:

Deutsche Bank National Trust Company is 100% owned by Deutsche Bank Holdings, Inc., which is 100% owned by Deutsche Bank Trust Corporation. Deutsche Bank Trust Corporation is 100% owned by Taunus Corporation, which is 100% owned by Deutsche Bank AG, which is a publicly traded company.

Dated: August 27, 2010

HELLERSTEIN AND SHORE, P.C.

By: /s/ Scott D. Toebben
David A. Shore, Colo. Registration No. 19973
Scott D Toebben, Registration No. 19011
Edward P. O'Brien, Colo. Registration No. 11572
Attorneys for Defendant, Deutsche Bank National Trust Company
5347 South Valentia Way, Suite 100
Greenwood Village, Colorado 80111
303-573-1080; 303-571-1271 (fax)
stoebben@shoreattys.com
dshore@shoreattys.com
eobrien@shoreattys.com