IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01832-DME-KMT

STEVAN DITTMER,

    Plaintiff,

v.

DEUTSCHE BANK NATIONAL TRUST,

    Defendant.

---

## CLERK'S NOTE

---

This matter is before the Clerk on a Motion for Entry of Default. Upon examination of our records, we find that defendant Deutsche Bank National Trust was served on August 6, 2010. On August 27, 2010 , defendant Deutsche Bank National Trust filed, under Fed. R. Civ. P. 12(e), a Motion for More Definite Statement (document number #15), which is pending before the court. Therefore,

DEFAULT of defendant Deutsche Bank National Trust will NOT be entered.

DATED: August 31, 2010.

                              GREGORY C. LANGHAM, CLERK

                              By:   s/ Sandra Hartmann
                                        Deputy Clerk

CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on August 31, 2010, I mailed a copy of the Clerk's Note using the

CM/ECF system which will send notification of such filing to the following individuals:

See Attached NEF

And I hereby further certify that I have mailed the above mentioned document to the

following non CM/ECF participants:


Deutsche Bank National Trust
1761 E. St. Andrew Place
Santa Ana, California 92705


GREGORY C. LANGHAM, CLERK


By:  s/ Sandra Hartmann
     Deputy Clerk