**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:10-cv-01832-DME-KMT

STEVAN WAYNE DITTMER

      Plaintiff,

v.

DEUTSCHE BANK NATIONAL TRUST

      Defendant.

_____

MOTION TO DISMISS FOR PLAINTIFF'S FAILURE TO COMPLY
WITH COURT'S SHOW CAUSE ORDER OF AUGUST 11, 2010
_____

Defendant, Deutsche Bank National Trust Company, by its counsel Hellerstein and Shore, P. C., moves this Court pursuant to Rules 12(b) and 16(f)(C) of the Federal Rules of Civil Procedure for an order dismissing this case due to Plaintiff's failure to comply with this Court's Show Cause Order of August 11, 2010, and as grounds therefor, states as follows:

1.      Pending for determination before this Court is Defendant's Motion for More Definite Statement pursuant to Rules 8(b), 10(b), 12(e) and 12(f) and Plaintiff's response thereto.

2.      On August 11, 2010 this Court entered an Order requiring Plaintiff to show cause by August 25, 2010, why this action should not be dismissed in light of the Younger and Rooker-Feldman doctrines.

3.      As of the date of this Motion, Plaintiff has failed to comply with the Court's Order.  In addition, there is not only one pending state court proceeding involving Plaintiffs' property (In the Matter of the Motion of Deutsche Bank National Trust Company as Trustee under Pooling and Servicing Agreement Dated as of April 1, 2006 Morgan Stanley ABS Capital I Inc. Trust 2006-NC3 Mortgage Pass-through Certificates, Series 2006 NC3 for an Order Authorizing Public Trustee to Sell Certain Real Estate Under a Power of Sale Contained Within a Deed of Trust, El Paso County District Court Case No. 2010CV3294) but a second one as well (Stevan W. Dittmer and Debra A. Dittmer v. Deutsche Bank National Trust, Hellerstein and Shore, P.C., and El Paso County Public Trustee, El Paso County District Court Case No. 2010CV374).

4.      Because this is a motion under Fed.R.Civ.P. Rule 12, there is no duty to confer required under D.C.Colo.LCivR 7.1.A.

5.      *Stevan Wayne Dittmer and Debra Ann Dittmer v. Hellerstein and Shore, P.C., HomEq Servicing, and Deutsche Bank National Trust Company*, Case No. 1:10-cv-01830, U.S. District Court for the District of Colorado, is related to this case.

WHEREFORE, Defendant respectfully requests the Court to dismiss this case for the failure of Plaintiff to comply with this Court's Show Cause Order of August 11, 2010.

Dated: September 17, 2010

> HELLERSTEIN AND SHORE, P.C.
>
> By: /s/ Scott D. Toebben
> David A. Shore, Colo. Registration No. 19973
> Scott D Toebben, Registration No. 19011
> Edward P. O'Brien, Colo. Registration No. 11572
> Attorneys for Defendant, Deutsche Bank National Trust Company
> 5347 South Valentia Way, Suite 100
> Greenwood Village, Colorado 80111
> 303-573-1080; 303-571-1271 (fax)
> stoebben@shoreattys.com
> dshore@shoreattys.com
> eobrien@shoreattys.com

## CERTIFICATE OF SERVICE

I certify that I served copies of the foregoing Motion to Dismiss by depositing the same in the U.S. Mail, postage paid, to the following this 17th day of September, 2010:

Stevan W. Dittmer
10720 S. Forest Dr.
Colorado Springs, CO 80908

> /s/ Lauren E. Tew
> Lauren E. Tew