1

2    UNITED STATES DISTRICT COURT
3    DISTRICT OF COLORADO
4

**Stevan Wayne Dittmer** | Case # '10-CV-01832 DME-KMT

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Plaintiff,

SEP 3 0 2010 | **PETITION FOR NO ANSWER**

Vs.    GREGORY C. LANGHAM | **DEFAULT**
CLERK

Deutsche Bank National Trust

Defendant | Date: 09-30-10

5

6             **PARTIES**
7    PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS

8  1. Plaintiff is Stevan Wayne Dittmer and defendant is Deutsche Bank National Trust.

9  2. On 08/02/2010, plaintiff sued defendant for breach of fiduciary duty, fraud, fraud by
10     nondisclosure, and violations of various consumer protection laws.

11 3. On the same date, but by separate motion, the plaintiffs filed a request for a temporary
12     restraining order.

13 4. The Court issued scheduling orders on 08/09/10 for the Complaint.

14 5. On 08/11/10, the Court denied the request for a temporary restraining order and
15     terminated that motion.

16 6. On 08/27/10, defendants moved for a "More Definitive Statement."

17 7. On 09/10/10, plaintiffs filed a Response to the motion for a More Definitive statement.

18 8. Defendants filed a Motion for Dismissal based on the Court's order of Aug. 11, 2010.
19     However, that order pertained to the plaintiff's motion for a Temporary Restraining
20     Order. The Court's concern about Rooker-Feldman and Younger abstention

doctrine we believe referred to the state foreclosure sale issue and the temporary restraining order, not the issues of federal law contained in the original, separate complaint. The issue of a temporary restraining order is no longer before the Court. It is the original Complaint at issue here, which involves federal law.

9. The Younger doctrine mandates federal courts abstaining from cases involving federal issues being litigated in state courts. However, the state cases to which the defendants refer involving the plaintiff concern state law not the federal laws addressed in the case before this Court.

10. The Rooker Feldman doctrine holds that lower federal courts should not sit in direct review of state court decisions unless authorized by Congress. The situation here again is not relevant, as the state court has matters involving state law before it. Additionally, to the best of our knowledge the state court has not yet even considered and has not ruled one of the cases before it. There is no case yet decided for anyone to review.

11. The other federal case the Motion to Dismiss refers to involves narrower issues of federal law significantly different than the ones involved in the case before this Court.

Therefore, we believe the Motion to Dismiss should be set aside by the Court and scheduling proceed.

Respectfully Submitted,

_____
Stevan Wayne Dittmer

## CERTIFICATE OF SERVICE

### Certificate of Mailing

I, Stevan Wayne Dittmer, do swear and affirm that I have served a signed copy of this Petition for No Answer Default, and Order for No Answer Default to defendants by way of U.S.P.S. on Thursday, Sept. 30, 2010.

Date:

*[signature]*

Stevan Wayne Dittmer

_____

_____

Sent to:

7009 0960 0000 0808 6368

Deutsche Bank National Trust

1761 E. St. Andrew Place

Santa Ana, CA 92705

7009 0960 0000 0808 6375

Edward O'Brien

Hellerstein and Shore

5347 S. Valentia Way, Suite 100

Greenwood Village, CO 80111

Case 1:10-cv-01832-DME -KMT   Document 23   Filed 09/30/10   USDC Colorado   Page 4 of 4
09/30/2010  17:17  5135984552              SUNSHINE PACK AND SH              PAGE  01/04

"Our federalism": the Younger abstention doctrine and its companions - page 7 | Florida ...   Page 2 of 3

**Appendix D**

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO
# FACSIMILE COVER SHEET

Pursuant to D.C.COLO.LCivR 5.1, this cover sheet must be submitted with any facsimile filing. A pleading or paper not requiring a filing fee and **no longer than ten pages**, including all attachments, may be filed with the clerk by means of facsimile during a business day. Facsimiles received by the clerk after 5:00 p.m. (Mountain Time) will be considered filed as of the next business day.

Clerk's Office facsimile telephone number: 303-335-2714

1. Date of transmission: _9/30/10_

2. Name of attorney or (pro se) party making the transmission: _Steve Dittmer_

   Facsimile number: _____   Telephone number: _719/651-1953_

3. Case number, caption, and title of pleading or paper: _1:10-CV-01832 DME-KMT Steven Wayne Dittmer, Plaintiff vs Deutsche Bank National Trust, Defendant; Response to Motion to Dismiss_

4. Number of pages being transmitted, including the facsimile cover sheet: _4_
   Instructions, if any: _Please ~~file~~ Thank you._

(Rev. (12/08))