**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:10-cv-01832-DME-KMT

STEVAN WAYNE DITTMER

      Plaintiff,

v.

DEUTSCHE BANK NATIONAL TRUST

      Defendant.

_____

MOTION TO VACATE AND TO RESCHEDULE PREVIOUSLY ORDERED MEETING,
PLANNING AND CONFERENCE DATES FOLLOWING DETERMINATION
OF DEFENDANT'S MOTIONS TO DISMISS AND FOR MORE DEFINITE STATEMENT
_____

Defendant, Deutsche Bank National Trust Company, by its counsel Hellerstein and Shore, P. C., moves this Court pursuant to Rules 16(a)(3), 16(b)(2) and 26(a)(1)(A) of the Federal Rules of Civil Procedure to vacate and to reschedule the Court's previously ordered pre-trial meeting, planning and conference dates following the Court's determination of Defendant's motions to dismiss and for more definite statement, and as grounds therefor, states as follows:

1.      On August 9, 2010, the Court entered its Order Setting Rule 16(b) Scheduling Conference and Rule 26(f) Planning Meeting applicable to this case.

2.      Pending before and for determination by this Court are Defendant's Motion to Dismiss for Plaintiff's Failure to Comply with Court's Show Cause Order of August 11, 2010, and Defendant's Motion for More Definite Statement pursuant to Rules 8(b), 10(b), 12(e) and 12(f).

3.      Despite Plaintiff's response to Defendant's motion, Defendant is still without the benefit of a Complaint against it that states Plaintiff's claims in separately numbered paragraphs, with each such paragraph being limited to a single set of circumstances as required by Fed.R.Civ.P. 10(b) and to which it can answer or otherwise respond.

4.      Plaintiff's response to Defendant's motion for more definite statement continues to refer to multiple defendants and, to the extent discernable, to alleged wrongs caused by unnamed persons who are not parties to this action.  Defendant suspects that a motion to dismiss the Complaint for failure to state a claim upon which relief can be granted against this Defendant would be successful if Plaintiff were to plead the specific wrongs allegedly associated to this Defendant.  Unless and until Defendant is provided with such specification, Defendant would be forced to speculate which of the general allegations pled by Plaintiff apply to Defendant and which apply to the other numerous and unnamed non-parties.

5.      Defendant believes that to require Defendant to provide disclosure of persons and documents to support its defenses before Defendant is given the opportunity to determine what wrongs are alleged against it is not only a wasteful activity but also could be prejudicial to Plaintiff regarding the nature and basis of Plaintiff's claims against Defendant before Defendant

has the opportunity to be apprised of those claims would be counterproductive and an exercise in futility.

6.      Defendant also believes that conducting the pre-trial activities required under Fed.R.Civ.P. 16 and 26 would be premature and potentially wasteful if this Court decides to abstain from exercising jurisdiction over this case under the *Younger* and *Rooker-Feldman* doctrines.

7.      Pursuant to D.C.Colo.LCivR 7.1.A, Defendant left a voice mail message on Plaintiff's telephone answering machine (719-495-0852) and sent Plaintiff an email message (steve@agfreedom.org) the morning of October 4, 2010 requesting Plaintiff's position on such a motion, but counsel has not yet heard back from Plaintiffs.

WHEREFORE, Defendant respectfully requests the Court to vacate its previously ordered meeting, planning and conference dates and to reschedule the same, if required, following the Court's determination of Defendant's motions to dismiss and for more definite statement.

Dated:  October 5, 2010

HELLERSTEIN AND SHORE, P.C.

By:  /s/ Scott D. Toebben
David A. Shore, Colo. Registration No. 19973
Scott D Toebben, Registration No. 19011
Edward P. O'Brien, Colo. Registration No. 11572
Attorneys for Defendant, Deutsche Bank National Trust Company
5347 South Valentia Way, Suite 100
Greenwood Village, Colorado 80111
303-573-1080; 303-571-1271 (fax)
stoebben@shoreattys.com
dshore@shoreattys.com
eobrien@shoreattys.com

## CERTIFICATE OF SERVICE

I certify that I served copies of the foregoing Motion to Vacate and to Reschedule Previously Ordered Meeting, Planning and Conference Dates Following Determination of Defendant's Motions to Dismiss and for More Definite Statement by depositing the same in the U.S. Mail, postage paid, to the following this fifth day of October, 2010:

Stevan W. Dittmer
10720 S. Forest Dr.
Colorado Springs, CO 80908

           /s/   Lauren E. Tew
             Lauren E. Tew