IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01832-DME

STEVAN DITTMER,

       Plaintiff,

v.

DEUTSCHE BANK NATIONAL TRUST,

       Defendant.

## ORDER OF DISMISSAL

       This Court issued an Order to Show Cause Why Action Should Not be Dismissed (Doc. No. 40).  The Plaintiff was ordered to show cause no later than July 25, 2011, why this action should not be dismissed with prejudice.  To date, no such cause has been shown.

       IT IS THEREFORE ORDERED THAT that this civil action is dismissed with prejudice.  Each party shall pay its own costs and attorneys' fees.

       Dated:  August 8, 2011

       BY THE COURT:

       *s/ David M. Ebel*

       UNITED STATES CIRCUIT JUDGE